IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JEANNIE CLARK, et al.,

        Plaintiffs,

v.                                      CIVIL ACTION NO. 2:24-cv-00424

APPALACHIAN POWER COMPANY, et al.,

        Defendants.

**ORDER**

For reasons appearing to the Court, it is **ORDERED** that the Scheduling Conference previously scheduled in this matter for **Friday, November 8, 2024**, is hereby **CANCELLED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER:       November 4, 2024

*Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA