IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JEANNIE CLARK, et al.,

          Plaintiffs,

v.                                 CIVIL ACTION NO.   2:24-cv-00424

APPALACHIAN POWER COMPANY, et al.,

          Defendants.

## ORDER OF DISMISSAL

By *Memorandum Opinion and Order* (Document 94) entered on February 25, 2025, the Court ordered that this matter be stayed and removed from the active docket pending arbitration.   Subsequently, on August 13, 2025, *Plaintiffs' Notice of Voluntary Dismissal Pursuant to Red. R. Civ. P. 41(a)(1)(A)(i)* (Document 96) was filed.

In view of the Plaintiffs' voluntary dismissal of this action, the Court **ORDERS** that the stay of the matter be **LIFTED**, that this action be **DISMISSED** with prejudice as to the individual claims of the named Plaintiffs and without prejudice as to the claims of the putative class, and **REMOVED** from the docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to counsel of record and to any unrepresented party.

                                      ENTER:      August 22, 2025

                                              IRENE C. BERGER
                                    UNITED STATES DISTRICT JUDGE
                                  SOUTHERN DISTRICT OF WEST VIRGINIA